UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERARD T. OUIMETTE,

Defendant-Movant,

v. Case No. 99-489-T

UNITED STATES OF AMERICA

Plaintiff-Respondent.

DEFENDANT-MOVANT'S STATEMENT RE: SUPPLEMENT TO MOTION TO REOPEN §2255 PROCEEDINGS PURSUANT TO FED. R. Civ. P. 60(b)

Defendant-Movant Gerard T. Ouimette ( " Movant " ) hereby files the foregoing Statement re: Defendant-Movant's SUPPLEMENT TO MOTION TO REOPEN §2255 PROCEEDINGS PURSUANT TO FED. R. Civ. P. 60(b), stating:

Pro Se pleadings are to be read liberally and should not be denied unless it appears " beyond doubt that the [ Movant ] can prove no set of facts in support of [ the ] claim. "

Further, " [if] the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. " Foman v. Davis,371 US 178, 182, 83 S.Ct. 227, 230 ( 1962 ).

Moreover, the affidavits attached to Defendant-Movant's Supplement to Motion to Reopen 2255 Proceedings Pursuant to FED. R. Civ. P. 60(b), which have been supported by facts, must be taken as true. Kohlberg v. Lehlbacl, 160 U.S. 293, S.Ct. 304, 40 L.Ed 432 ( 1895 )( facts duly alleged are deemed true unless controverted by evidence.

Respectfully Submitted,

4-4-08
( date )

Mr. Gerard T. Ouimette

CERTIFICATE OF SERVICE

I hereby certify that a true correct copy of the foregoing document was served via first-class U.S. Mail, postage fully prepaid on this 4th day of April, 2008, addressed as follows:

**Robert Clark Corrente, USA**
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Gerard P. Ouimette