IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CA. No. 99-489T |
| vs. | ) | |
| | ) | |
| GERARD T. OUIMETTE | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Gerard T. Ouimette, CA99-489T. Assistant United States Attorney James H. Leavey, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
kenneth.madden@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of April, 2008, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system. On this date, I also sent a copy of this Motion, via first class mail, to the following:

Gerard T. Ouimette
Reg. No. 02519-070
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

/s/ KENNETH P. MADDEN
KENNETH P. MADDEN
Assistant U.S. Attorney
RI Bar #1680
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
kenneth.madden@usdoj.gov