UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Cr. No. 95-029T
CV No. 99-489-T

v.

GERARD T. OUIMETTE

PETITIONER'S SUPPLEMENT TO MOTION TO REOPEN §2255
PROCEEDINGS UNDER FED.R.CIV.P. 60(b)

NOW COMES GERARD OUIMETTE the defendant-petitioner herein and respectfully supplements his motion to reopen the §2255 proceedings, pursuant to Fed.R.Civ.P. 60(b) which is currently pending before this court with the following supporting case:

**Nowaczyk v. Warden, New Hampshire State Prison, 299 F.3d 69 (1st Cir. 2002) ( the district court has an obligation to adjudicate claims...that are within its statutory jurisdiction.)**

Dated: 4-17-08

Respectfully submitted,

Gerard T. Ouimette, Pro Se

**CERTIFICATE OF SERVICE**

I certify that a true correct copy of the foregoing has been served on: Robert C. Corrente, U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Gerard T. Ouimette