**ATTACHMENTS**

## Motions

1:99-cv-00489-T Ouimette v. United States **CASE CLOSED on 11/01/2001**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 4/10/2008 at 3:17 PM EDT and filed on 4/10/2008

**Case Name:** Ouimette v. United States
**Case Number:** 1:99-cv-489
**Filer:** Gerard T. Ouimette
**WARNING: CASE CLOSED on 11/01/2001**
**Document Number:** 34

**Docket Text:**
**MOTION for Leave to File *Successive 2255* WITH SUPPORTING MEMO by Gerard T. Ouimette. Responses due by 4/28/2008 (Attachments: # (1) Exhibit A, # (2) Exhibit B) (Smith, Rana)**

**1:99-cv-489 Notice has been electronically mailed to:**

James H. Leavey paulette.gamache@usdoj.gov, karen.miszkiewicz@usdoj.gov

**1:99-cv-489 Notice has been delivered by other means to:**

Richard Donovan
United States Court of Appeal
Suite 2235
1 Courthouse Way
Boston, Ma 02210

Gerard T. Ouimette
Reg. # 02519-070
P.O. Box 280
FCI Fairton
Fairton, NJ 08320

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=4/10/2008] [FileNumber=237847-0]

## Motions

1:99-cv-00489-T Ouimette v. United States **CASE CLOSED on 11/01/2001**

**U.S. District Court**

**District of Rhode Island**

### Notice of Electronic Filing

The following transaction was entered on 4/10/2008 at 3:23 PM EDT and filed on 4/10/2008
**Case Name:** Ouimette v. United States
**Case Number:** 1:99-cv-489
**Filer:** Gerard T. Ouimette
**WARNING: CASE CLOSED on 11/01/2001**
**Document Number:** 36

**Docket Text:**
**MOTION for Hearing re [34] MOTION for Leave to File *Successive 2255* WITH SUPPORTING MEMO by Gerard T. Ouimette. Responses due by 4/28/2008 (Smith, Rana)**

**1:99-cv-489 Notice has been electronically mailed to:**

James H. Leavey paulette.gamache@usdoj.gov, karen.miszkiewicz@usdoj.gov

**1:99-cv-489 Notice has been delivered by other means to:**

Richard Donovan
United States Court of Appeal
Suite 2235
1 Courthouse Way
Boston, Ma 02210

Gerard T. Ouimette
Reg. # 02519-070
P.O. Box 280
FCI Fairton
Fairton, NJ 08320

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096917572 [Date=4/10/2008] [FileNumber=237856-0]
[70423812d9890db36acf2239a7d4adcce6c86c7241a0688bfa0ab70818e9c7a43e1a
59e231d8d117af4e5592e97850261e91674a31d9c7c423af141b85f6dfc9]]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 1 0 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERARD T. OUIMETTE,
Defendant-Movant,
v.
UNITED STATES OF AMERICA,
Plaintiff-Respondent.

Case No. 99-489-T

---

**DEFENDANT-MOVANT'S SUPPLEMENT TO DEFENDANT-MOVANT'S MOTION TO REOPEN 2255 PROCEEDINGS PURSUANT TO FED. R. CIV. P. 60(b)**

---

NOW COMES GERARD T. OUIMETTE the defendant-movant pro-se and hereby supplements the attached Defendant-Movant's Motion To Reopen 2255 Proceedings Pursuant To Fed. R. Civ. P. 60(b), with the following:

A. Legal Principles

Rule 60(b) of the Federal Rules of Civil Procedure provides in peritinent part:

> On motion and upon such terms as are just, the court may relieve a party... from a final judgment... for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discoverd in time to move for a new trial under Rule 59(b); (3) fraud..., misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has