IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERARD T. OUIMETTE | : | |
| | : | |
| v. | : | CA. No. 99-489T |
| | : | CR. No. 95-029T |
| UNITED STATES OF AMERICA | : | |

MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for an extension of time to respond to the petitioner's motion to reopen § 2255 proceedings pursuant to Fed. R. Civ. P. 60(b)(6). In his motion, the petitioner makes extensive reference to issues raised in the § 2255 petition originally filed in 1999. To properly respond to the petitioner's motion, the government must recall its files from archives. It has made such a request and is awaiting shipment of the files. Once the files are received, the undersigned will be able to review the original filings and respond accordingly.

WHEREFORE, the government requests that this Court extend the time by which a response must be filed until May 19, 2008.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar No. 1680
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)

# CERTIFICATION

I hereby certify that on the 28th day of April, 2008, I electronically filed and served, by ordinary mail with postage prepaid, the Within Motion For An Extension Of Time, to:

Gerard T. Ouimette
Reg. No. 02519-070
USP - Federal Correctional Complex
P. O. Box # 33
Terre Haute, IN 47808-0033

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar No. 1680
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)