IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERARD T. OUIMETTE,

vs.

UNITED STATES OF AMERICA

CA No. 99-489T
CR No. 95-029T

**PETITIONER'S MOTION FOR 20-DAY ENLARGEMENT OF TIME TO FILE REPLY TO GOVERNMENT'S OBJECTION TO PETITIONER'S MOTION TO REOPEN §2255 PROCEEDINGS UNDER RULE 60(b)(6)**

NOW COME **GERARD T. OUIMETTE** the petitioner herein and in pro se and respectfully moves this Honorable Court to enlarge his time by 20-days in which to file a reply to the government's objection to petitioner's motion to re-open §2255 proceedings pursuant to Fed.R.Civ.P. 60(b)(6), motion for evidentiary hearing, statement and supplement. In support of the foregoing motion petitoner states:

Petitioner has made several motions to this court which are currently pending based on a pending underlying motion to re-open petitioner's section 2255 proceedings.

On May 14, 2008, after obtaining an extension of time from this court, the government filed an objection to the aforementioned pending motion to re-open.

The government is urging this court to deny petitioner his requested relief and dismiss the pending motions.

Petitioner is currently incarcerated at the United States Penitentiary in Terre Haute, Indiana and is proceeding in this

matter without the aid of qualified counsel and otherwise in pro se.

Petitioner is unlearned in the law and must rely on the assistance of inmate legal assistants which are few at petitioner's place of confinement and are not readily available on a moment's notice.

Further, gaining access to a law library in the bailwick of the institution in which petitioner is confined requires that petitioner utilize the law library and legal research materials on a minimal bases and at prearrainged days and times, hence requiring a request for an enlargement of time in which to file a reply herein.

As the court is aware, "pro se inmates, with limited access to legal materials, occupy a position significantly different from that occupied by litigants represented by counsel." **Jacobsen v. Filler,** 790 F.2d 1362, 1365 (9th Cir. 1986).

Wherefore, petitioner respectfully requests that this Honorable Court enter an order enlarging petitioner's time in which to file a reply to the government's objection by 20 (twenty) days up to and including June 8, 2008, for cause shown.

May 19, 2008

Respectfully submitted,

Gerard T. Ouimette

## CERTIFICATE OF SERVICE

I GERARD T. OUIMETTE do hereby certify that a true correct copy of the foregoing motion for enlargment of time has been served via first-class U.S. Mail, postage fully prepaid to the following adverse party of interest:

Robert Clark Corrente, United States Attorney
ATTN: Kenneth P. Madden, AUSA
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Gerard T. Ouimette
# 02519-070
Federal Correctional Complex
P.O. Box # 33
Terre Haute, IN 47808-0033