UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff-Respondent,

vs.

GERARD T. OUIMETTE,

Petitioner-Defendant.

## SWORN AFFIDAVIT OF GERARD T. OUIMETTE IN SUPPORT OF MOTION TO REOPEN §2255 PROCEEDINGS

First being sworn on his oath **GERARD T. OUIMETTE** deposes and states the following:

Ronny Cappola was murdered sometime in May of 1994.

Ronny Cappola was a generous person who would help guys out that were in prison.

At times while I was away I would call on Ronny for financial help for my daugther or son and he would readily help.

When Ronny Cappola was murdered, I called his house to give my condolences. His wife was depressed and I said I would help in any way I could when I got home.

I was released to the halfway house at the beginning of June 1994. Was afforded a small office in a building on Park Avenue in Cranston, Rhode Island owned by Dominic Antonelli a friend of my brother John and a member of St. Rocco's Society, a club that was second home to my family and friends.

I had no licence to drive so my brother John asked a friend of his, Dino Dennis, to do me a favor for a few weeks and drive me around until I could obtain my drivers license.

Dino used to come to my office on Park Avenue and do some errands.

About a week into arriving at my office, I received a visit from Ronny Cappola's wife, Paula.

She stayed about an hour and we talked about her husband and at the end of her visit she said she was being pressured into selling her car.

I asked her why and she said everything that Ronny owned was in someone else's name. She asked me if I could talk with Bobby DeLuca to try to work something out.

I sent word through a friend of mine to set up a meeting with DeLuca, Sr.

I asked my nephew to drive me to North Providence to meet DeLuca, Sr.

I asked him what could be done about Paula's car. He said it wasn't her car, it belonged to a Billy Ricci; "you can't tell us we can't collect our own money."

So, I went back to my office and Dino Dennis was waiting for me so I asked him to drive me to Paula's condo.

Dino parked outside and I said I'd only be a couple of minutes. I talked to Paula about my conversation with DeLuca and she was upset. She said, "well screw him," "I found $55,000.00 the night Ronny got killed and I didn't tell Bobby DeLuca at the funeral.

I came home at the end of October and started to get my life back together.

While I had my little office on Park Avenue, Domenic's daughter became friendly. She used to come around the corner during lunch and Dino Dennis would go get us a sandwich or some salads and we would talk.

Rose Antonelli had a few problems and eventually I got to really like her personality and her little girl ways.

Rose had been anorexic and had just started to gain some weight, so it was sort of a personal mission for me to try and fatten her up a bit.

Being that Rose's father Dominic never charged me any rent for occupying the office on Park Avenue, I felt it was the least I could do in return by helping his daughter get over this anorexia problem the best I could.

After coming home in October, I invited Rose to dinner, and after that she slowly but surely moved into my home.

About a month into my release, my sister asked me to please see Paula again.

I was reluctant but relented on one condition, that I meet her at my sister Fran's house.

Paula showed up with Nicholas in the car seat and I got into the passenger's side.

She started cursing her boyfriend and telling me how much money he had made her spend over this past few months. I said, "well Paula, you still have the money you found in the house I hope." She said, "no, I spent $38,000.00 on him taking him to Aruba and other places."

When she told me that I got **disgusted**. I said, "Paula, I've got some things to do, I'll let my sister know what my schedule is and you can see when I'm available again."

I went back in the house and told my sister I wanted nothing more to do with Paula Cappola, do not reach me again about her.

I then threw my beeper in the garbage and asked my sister to get me a new one.

Rose's two uncles died within a week of each other and I met Paul Calenda at the second one.

We talked about his restaurant and he tells me to come to his condo the first week in January.

Around the second week in December my son came to my apartment to ask me to please call Slugger. I said, " "Jay, I really don't like this big bully." He slapped my friend Johnny Geramia in front of his two kids.

My son said, "but dad, he lets me in the Foxy Lady for free."

I said, " Alright, give me his number."

The next day I called his beeper and he came to the restaurant my sister worked at. He stayed about two hours, ate, drank, and borrowed a hundred dollars from me.

I had a bad feeling about this big guy right away.

The day after meeting Slugger I went to the gym as I did every morning at 6:00am . When I came back to my apartment Slugger was sitting at the breakfast table having coffee with my friend Rose. I blew my top and told him to get out of my house. "This isnt a clubhouse."

Slugger told me that Eddie Pappas told him where I lived.

I called Eddie and told him that I was sending this big jerk-off next door to the pool room where Eddie was at and I wanted to know why he told him where I lived. Eddie said that the guy said he was a friend of mine and that is why he told him where I lived.

Eddie asked me whether or not I minded him keeping Slugger around with him for awhile, I said do what you want, just keep him away from my apartment; but Slugger kept popping up at the restaurant and at Stykes down from St. Rocco's.

We had a nice Christmas and come January, I asked Eddie to come with me to Calenda's house to talk about the restaurant "Fore N. Aft."

We went there and spent about a half an hour speaking with Calenda alone. His wife stayed in the kitchen. Calenda said he was'nt sure what he was going to do with it and that he would let me know in a couple of weeks.

Bobby Buehne's Treachery:

Eddie Pappas goes to Santo Domingo in January. I visit my sister at her place of employment and Slugger pops in like a bad penny.

I'm talking to my brother Johnny about the possibilities of renting Paul's restaurant and Slugger sticks his nose in and asks about the possibility of getting a job.

One conversation leads to another and I ask Slugger to take me to Calenda's house.

I was having trouble finding my way around neighborhoods and sometimes getting lost. He directs me to the condo and as I pull up Robert Buehne comes over to the car and in a low voice

tells me "Paul isn't home, he's at the shop." He then says, "You know Pauly went up the hill and spoke to Louie and then went to Bobby Salvatore and told him, fuck you, he'll give him the restaurant instead of leasing it to you. Buehne then said, "dont tell Pauly I told you this." So I turned to Slugger and asked him if he knew where Paul Calenda's shop was and he did

I admit that I was alittle upset because Paul, Eddie Pappas and myself had a good conversation about the restaurant and I could'nt understand why Calenda would do something like go and complain to people about me.

We arrived at Pauly's shop and went in. I called him aside and in a few words asked him what he thought I was and why did he go to talk about our business to someone that wasnt involved with it? At that point Slugger made a forward move and I stopped him and said let's go. At that point I was disenhearted with Calenda and I was thinking that the restaurant was a dead issue.

A couple of weeks later Slugger again came to the restaurant my sister was working at and asked me if I had heard from Calenda since we went to his shop. I said,"no." Then I said to him "listen, go to his house and make him understand that I just came home and could really use a break. I think I could make something out of this restaurant."

Slugger came back the next day and said,"Pauly will think about it, see him in a couple of weeks."

Slugger said he explained to Pauly that I would agree to whatever reasonable terms he made, I wanted to help everybody go to work. The next meeting I had with Calenda was about the first week in February.

I went to his shop with Gellerman again and spoke to Paul about his restaurant. I also told him that I liked his fiesty way, "you got balls," I told him and smiled, he said "the mortgage alone is $6,000.00 a month." I said o.k., I'll pay the $6,000.00 per month and give you 25% of what we do for a profit, which may have been a bad idea but I really thought I could make a good spot out of the club. Calenda said he would get back with me.

About three weeks went by and I got a message to go see Joe DeLuca; Slugger said he received a phone call saying that I had to see DeLuca and that he would take me to Dunkin Donuts in North Providence. Slugger once again showed up at my sister's place of employment. He drove me to North Providence and I saw Joe standing outside. I walked about ten feet and Joe said "thank you for showing up." He also said his brother had a message for me; that Bobby DeLuca was in jail and wanted to call me collect. I acknowledged that I would accept the collect call from jail. As I turned to leave, he said "is that Slugger in the car?" I responded "yes". He then said, "Tell him when he bumps into Pauly Calenda, chase him up to see me." That was slang for "tell him I want to see him."

When I got back into the car I said to Slugger, "Joe said when you see Calenda chase him up to see him," then I thought a minute and said, "that doesnt mean to put your hands on him, understand?" He replied, "Yes."

Visit from my sister, Cappola & Bobby Buehne:

As February went by I began to think about other things to

do. I started a video business and had about six poker machines, so I started trying to find places to put the machines.

Everyday I would leave my apartment after sending my daughter off to schoool and travel to the VFW to see my brothers and sisters. We would have lunch and talk about family, kids, etc., and after lunch, I would take a short ride to St. Rocco's with my brothers and sisters and have a drink there before going back home.

Around the third week of February, I stopped by Fran's restaurant and she pulled me to the side and told me that Paula and her boyfriend came down last night and she had the baby with her and she asked me to talk with you about Paul Calenda, something about being paid for the condo that was in Pauly's name. I said, "Fran, I really dont want to get involved." She said, " please see what you can do." So the next night, I took a ride with Rosie; Rosie was living with me at the time. When I arrived at Paula's, Paula answered the door she had rollers in her hair and I stood in the entryway and asked her what exactly the problem was? She replied, "Pauly won't give me the other $50,000.00 for the condo." I said, " Call him over and we'll see what we can do." She said, "he's not home right now, he works late, come back tomorrow night at 11 o'clock." I was'nt staying out late and didnt want to do this, but I wanted to do my sister the favor, so I said ok.

I returned the next night and rang the bell, Paula answered the door and her boyfriend stepped up and said, "he's home."

At that point, Paula ran up stairs which I found kind of strange. This was her problem. But I thought, maybe it's best that men talk amoungst men.

I went and sat down and Buehne said, "I'm going over there and break his jaw." I said, "oh no you're not, not while I'm involved. Just go tell him I want to see him." I had no idea that all this was a charade put together by Buehne, Paula and Paul. They were all trying to put together an extortion at this time. (See Paula Cappola's Affidavit.)

After Buehne went back and forth a couple of times, Pauly finally came over; it was about twenty minutes later. I was becoming alittle aggravated because my dauhter was at home alone. When Pauly finally came in I said to him, "what's wrong with you?" Why did you make me wait a half an hour Pauly?" He replied, "it was late." I said, "late, you act like someone's putting bombs in your car." He then smiled and sat down. I said, "Pauly, what about the $50,000.00 you owe Paula." He said, "Listen, two weeks before Ronny was killed, he came and borrowed $50,000.00 from me, he never paid it back." I dont owe her a dime."

I turned to Buehue and asked him "can you prove otherwise." He shook his head, no. I then said, "well, that's it, I gotta go " and left.

Around the end of February, in the afternoon one day, Slugger came around with his friend Paul Parenteau. He looked like he needed to make a confession, and I said, "what's up kid?" He replied, "I stopped to see Pauly this morning and he got alittle

fresh with me so I cracked him." Paul Parenteau looked at me with downward eyes. I said, "stay away from Calenda or you're gonna get everybody in trouble." Next thing we know he'll be going to the FBI asshole."

A few days after the Duxberry incident and after the assault on Calenda, Bobby Buehne beeped my new beeper. I didn't recognize the number but responded anyway. He asked me to stop by and see Paula, so I did. He was outside as I pulled up and got out of the car. Paula was nowhere around nor inside of the house. He told me that Pauly was acting like a jerk and took away the baby's health insurance and was treating Paula badly. He then said something out of character, "I was in Pauly's house and he has a safe in his bedroom-- I'd like to have someone rob him." I said, "I don't do those things and don't want to hear it from you." He then responded, "I like to get some niggers to rob him and rape his wife." This set me back a minute. (**Note: this supposedly was the time Paula said I went to her house with Slugger. It never happened**.). I then said, "Listen, I've got things to do. I'm sorry about Pauly and the insurance thing, but I'm not getting involved," and, "I don't rob people's houses." I then left.

Paula and Buehene go to Fran:

A week later I was at St. Rocco's with my brother and a kid named Munuchio came in; he was just released from ACI and was looking for a job in the construction business. I told him I would ask my brother to see what he could do. This kid said he used to hang out at Cappola'a club and knew everybody.

There was this guy name Dino Dennis who used to come around when

I first came home and used to run around for me; he was a big guy and I..... needed a spot partner, and he was a heavyweight fighter. I asked him if he would like to come to the qym with me, that I would pay for his membership. He said ok and thereafter, picked me up every morning at 6:am for a week. One day he didn't show up, so I called his home and his wife answered and said "either he was not home or was sleeping;" he also worked at the Satin Doll club as a door man. Dino stopped picking me up for a week.

Right after Munuchio came to the club I spoke with my brother and he said to stop down at the fish company tonight and maybe his boss would put the kid to work.

That night I asked the kid in my neighborhood to drive me in to the city. I was having trouble finding my way back and forth from Providence. I had just had a big blowout between my daughter and Rose (my live-in friend) who had the Cadillac in her name. I didn't want the car, I had got it for her. So I told Kenny Raposa to take it, he wanted to take over the payments, which he did, so it was basically his car.

So, Kenny and I drove down to the Fish Company and we had a couple of beers and the job was winding down, so my brother said that his boss was laying guys off. So we left to go back to Fall River and I said to Kenny "swing by that Satin Doll club and we will see if Dino is working tonight, I want to know why he has not shown up."

So we went into the Satin Doll club and Dino was not there, but Bobby Jr. came over to say hello.

Dino Dennis had mentioned a week before that some big guy had Bobby Jr. pinned against the wall and was telling him he owed $2,500.00 and that he was going to break his neck. When Bobby Jr. came over to say hello, I asked him about the incident and who the big guy was. He told me that it was Duxberry I had known Duxberry for years and didnt think to highly of him. I then asked Bobby, Jr. whether the matter was straightened out and he said, "No." I then asked him if he could reach Duxberry, and Bobby said yes and I said to call him.

When Duxberry got on the phone, I said Duxberry," this is Gerard Ouimette,"and I want to talk to you for a minute, could you come down here? He said, "Am I in trouble?" I said no, but I want to talk to you."I then sat at the bar and talked to the barmaid. After about ten minutes Gellerman came in and I looked over at Bobby Jr. moving towards Gellerman and they both went into the kitchen, which was directly in front of me as I was sitting at the end of the bar. I observed that Gellerman had a cell phone to his ear, he then came out of the kitchen and came over to where I was sitting, and said, "I just spoke with Bobby, Sr. and I'm going to handle this guy Duxberry." I said no you're not, I'm going to talk to him, and I walked away.

It was getting alittle late, about eight-thirty and I wanted to be home before 9:00 pm, so I asked the waitress if there was a public phone on the premises? She replied "yes"

and told me that it was downstairs. I started downstairs to use the phone and directly behind me was Slugger, Bobby Jr. and Kenny Reposa.

As I've said, I was trying to get home before 9:00 pm and somewhat in a hurry, so I asked Duxberry what he thought he was doing trying to shake down Bobby Jr. for $2,500.00, and he immediately said that he was only kidding. At that point, Slugger threw a punch over my right shoulder. The conversation and the punch happened in no more than a minute.

I put Duxberry's glasses back on his face because they had fell off with the punch and then asked Gellerman to take Duxberry up the stairs and out the back door. As far as I was concerned the whole episode was a hoax and the punch was unnecessary. Kenny and I then went out the front door and returned to Fall River; I never knew what happened outside the back of the Satin Doll that night and did'nt find out until two weeks later.

The night after the Duxberry incident Kenny Reposa said that he was going back to the Satin Doll club to see a girl that he had met there while I was waiting for Duxberry to show up. He said that he was taking the Cadillac; the car in fact belonged to him.

While sitting with my daughter reviewing her homework the phone rings and it's about 6:30 pm. I answer the phone and it's Kenny. Kenny tells me that there are about twenty agents running around the Satin Dolls club looking for me. I asked him what they were looking for me for and he said I don't know, so I tell him to ask them what they want. He said, "not me, I'm getting out of here," and he hung up the phone. After thinking about the situation for

awhile I became confused. I knew that the Fed's knew my precise whereabouts including my residence, after all I was on supervised release and the Federal Probation Officer has just visted my apartment a few days prior, and I knew that this had to be a matter dealing with the feds because anything else even remotely close to Duxberry being punched would only involve the local police.

The next morning I called Louie Robbio and asked him to call around and find out who wanted to see me the night before at the Satin Doll club and for what? He telephoned me back and told me that he got a call from an agent and that the agent told him to tell me not to worry that it was nothing more than a social call to let me know that I did'nt belong in New York because my car was spotted in New York and my parole forbids me from traveling to New York without permission.

Louie is willing to testify about this incident as he was my local counsel.

A day or two later Robert Buehne beeped me and I called him back. He said he needed to speak with me regarding Paula. I told him that I was busy but that I would meet him at 12-noon in front of St. Rocco's. He showed up at the appointed place and time and I get out of my car and stand by his car. He tells me that Pauly needed me to help him with Bobby DeLuca. Bobby was claiming that Pauly had $125,000.00 of his money and that Pauly did'nt trust Bobby DeLuca but trusted me. He wanted me to mediate his problem with DeLuca.

I told Buehne I was not getting in the middle of any money problems between DeLuca and Paul Calenda. Buehne then said "Pauly says if you help him with DeLuca he will give Paula the $50,000.00" she said he owed her. He said they wanted to move away and needed the money. Buehne then said we can work this out with Bobby Sr. and Pauly. $50,000.00 for Bobby Sr. and $50,000.00 to Paula. And we can satisfy everybody. I thought for a minute, and then told him I would think about it that night. He then left.

That same night I thought about Paula and her baby and I figured I could do some good for her and maybe Paul Calenda would consider giving me a chance to lease the restaurant, so the next morning I called. **<u>See</u> <u>Tape</u> <u>of</u> <u>March</u> <u>5th</u>**.

Everything seemed ok for a week and I was busy trying to set up the meeting (**<u>See</u> <u>Tape</u> <u>Mar.</u> <u>5th-11th,</u> <u>no</u> <u>bad</u> <u>language</u>**) with Bobby DeLuca but it proved difficult because he was under house arrest and I was on parole. I spoke with Bobby's brother once and he said he would get back with me. He agreed that everybody should stay away from Calenda, but he never got back in touch with me.

On Saturday March 11th, I received a beep from Slugger at 6:00 am. I was mad because he used to do this to me when we first met and I put a stop to it. He said that he needed to see me that it was extremely important. I told him that I would meet him at the Dunkin Donuts at 8:00am on Attwood Ave., I was at Rosie's.

Slugger shows up at the appointed time and place along with a Spanish looking guy that Slugger introduced as "David Gomez." This David fellow tells me that he was at a body shop the day

before and overheard two guys telling the owner of the shop that if Gerard Ouimette came near them they would shoot him. I asked this David fellow what these guys looked like and if he knew who they were? He describes Calenda and a big guy whom I immediately associate to be Neil Abatte a hanger-on-to Calenda.

I asked Gomez to do me a favor and see if he could find out who the two guys were talking to and to see if they were Calenda and his bodyguard Neil. Gomez said that he would get back with Slugger.

When I got a call from Paula Cappola she asked me to meet her and her boyfriend at a restaurant that night March 11th and I agreed and thereafter showed up at the restaurant at about 7:30pm with the Gomez conversation fresh on my mind. At this precise time I was having thoughts about a problem involving my daughter and Rosie over an argument that they had over something or another and my daughter did'nt want Rosie living with us anymore. I was back and forth from that night on trying to spend time with Rosie and also make sure I was home in time to help my daughter with her homework, and cook the kinds of food she (my daughter) wanted for lunch and dinner and then put her to bed before 9:30pm and it really was wearing me down.

When I arrived at Camilles restaraunt, the night of the 11th, I was run down, tired and worried about why Calenda would want to shoot me and I was also dealing with a phone call my sister received that she said was threatening along with a message

for me to get out of town.

'It was easy for me to get alittle drunk and then Paula Cappola said "well I guess I'm not going to get my money from Pauly, and I lost it." **See Tape of March 11th. (Note: If I had been in my right mind I would have asked Buehne about our deal that we had made Calenda on March 5th.)**

When I awoke the next day, I did'nt remember a word from the night before; then a second call came in to my sister and that really put me over the top.(**See Tapes after March 12th - 16th**).

I found out two weeks after I was convicted that Paul Calenda's wife had made the two calls trying to warn me to leave town before I got into trouble, she knew they were trying to frame me.

The main reason Paul Calenda became involved with all this and perjured himself was to take his wife and myself off the hook for all the insurance checks that they signed and which made up the $300,000.00 (total)(which was only part of the reason for setting me up) worth of damage Buehne caused destroying Calenda's interior to his building. **See generally discovery.**

When Paul Calenda started questioning whether he should testify before the grand jury, Buehne (whom was in fact a task force informant) told Calenda a few lies and about some threats I was alleged to have made toward Calenda in order to scare Calenda into going to the grand jury and telling a bunch of fabricated lies. **See Calenda's Affidavit.**

On March 5th I spoke with Paul Calenda regarding Duxberry

and the entire conversation was video taped. This conversation took place at Calenda's residence.

At that time I was unaware that the conversation was being video taped, so I was having a candid conversation with Calenda (at least candid on my end) and I was explaining to Calenda as best I could given the manner in which the events transpired at the Satin Doll club tonight of March 1st. I had attempted to convey to Calenda that had it not been for my intervention there would have been blood all over the place, and that was something that in fact concerned me because this was never to have even taken place; as I've previously stated, it all happened by surprise. In fact, there was never any blood anywhere that night, I was simply tyring to stress how minor the incident actually was compared to what it could have been given **Slugger's** violent behavior and my need to intervene. I need to stress for the record that there was in fact no blood anywhere, Duxberry never bleed at all; in fact, as I've previously stated, the extent of Duxberry's injury, if any, was that his glasses fell off his face after Slugger punched him, and I in fact picked up the glasses myself and placed them back on his face. This entire incident took less than two minutes.

Post trial I discovered that the FBI coerced Gina Gauvin who's stage name was Cheeta, into claiming that there was a table cloth on the table when the incident took place and then when she came out of her dressing room which was located in the back, the table cloth was missing. **See Tape recording of Gina Gauvin.** The signi-

ficance of all this relates to the issue concerning the presence of blood.

Additionally, I vehemently argue that I would have testified to all of this during my trial had I not been prevented from doing so.

Affiant sayeth further naught.

Gerard T. Ouimette

SWORN TO AND SUBSCRIBED BEFORE ME a notary public on this day of 6-12, 2008.

Notary Public
State of Indiana
County of Vigo

My Commission Expires:

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)

Case Manager