UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERARD T. OUIMETTE,

Petitioner,

vs. No. 99-489-T

UNITED STATES OF AMERICA,

Respondent

**PETITIONER'S MOTION FOR ASSIGNMENT OF A MAGISTRATE JUDGE PURSUANT TO 28 U.S.C. § 636(B)**

NOW COMES the petitioner GERARD T. OUIMETTE in pro se and hereby respectfully moves this Honorable Court to designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to this Court proposed findings of fact and recommendations for the disposition of the pending pleading before this Court. In support thereof, petitioner states as follows:

1. Currently pending before this Court is petitioner's motion to reopen § 2255 proceedings and alternative motion under Hazel-Atlas Glass Company.

2. Pursuant to 28 U.S.C. § 636(B), this Court has the authority to designate a magistrate judge to conduct hearings, including evidetiary hearings, and to submit to the Court proposed findings of fact and recommendations for the disposition, by the judge of the Court, of any motion of applications for post-trial relief made by individuals convicted of criminal offenses. See 28 U.S.C. § 636(B); Ouinones v. Miner, 2006 U.S. Dist. LEXIS 32258 (D. R.I. Apr. 28, 2006)(Hon. Ernest C. Torres, Presiding).

3. Petitioner is of the opinion that a magistrate judge can be designated to hear the pending motions in this case and would be acting pursuant to the

authority legislated in the Federal Magistrates Act which provides in pertinent part that a district judge may assign duties to a magistrate judge which include "preliminary review of applications for post-trial relief made by individuals convicted of criminal offenses, and submission of a report and recommendations to facilitate the decision of the district judge having jurisdiction over the case as to whether there should be a hearing." 28 U.S.C. § 636(b)(3)(1970); Asparro v. United States, 352 F.Supp. 1085 (D. CONN. Jan. 23, 1973).

Wherefore, all premises considered, petitioner prays that the Court designate a magistrate judge to make a prelininary review of the pending aforementioned motion in this case.

Dated: June 27, 2008

Respectfully submitted,

By: [signature]
Gerard T. Ouimette

**CERTIFICATE OF SERVICE**

I hereby certify that a true correct copy of the foregoing motion was served via first-class U.S. Mail, postage paid, on this 27 day of June, 2008, and addressed to the following adverse party of interest:

US ATTORNEY
ROBERT CLARK CORRENTE
FLEET CENTER 8th FL.
50 KENNEDY PLAZA
PROVIDENCE R.I.
02903

[signature]
Gerard T. Ouimette