UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                                              C.A. 99-489ML

GERARD OUIMETTE

ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated April 22, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendant's Motion to Proceed In Forma Pauperis is DENIED without prejudice.

BY ORDER:

_____
Mary M. Lisi
Chief U.S. District Judge
February  11 , 2010

Entered as an Order of this Court on February  11 , 2010

_____
Deputy Clerk